THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TALEB HASSAN AL MOSAWI,    )<br>                                                      )<br>            Plaintiff,              )<br>                                                      )<br>    vs.                                         )<br>                                                      )<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security; )<br>EMILIO GONZALEZ, Acting      )<br>Director, U.S. Citizenship &       )<br>Immigration Services; CAROLINE )<br>PRATT, Director Omaha Office   )<br>U.S. Citizenship & Immigration   )<br>Services; and MICHELLE PERRY, )<br>Acting District Director District 15; )<br>and PETER D. KEISLER, Acting )<br>Attorney General of the United   )<br>States,                                       )<br>                                                      )<br>            Defendants.         ) | 4:07CV3231<br><br><br><br><br>**JUDGMENT** |

Pursuant to the plaintiffs' motion to dismiss (filing 9), which was filed prior to service of an answer or motion for summary judgment by the defendants, and pursuant to Fed. R. Civ. P. 41(a)(1), this case is dismissed without prejudice.

December 13, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge